IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| | : | |
| v. | : | No. 92-608-19 |
| | : | |
| O. LINDA WILSON | : | |
| | : | |

## ORDER

AND NOW, this 19th day of May, 2025, upon consideration of the Government's Motion to Dismiss the Indictment (ECF No. 25) and for good cause shown, it is ORDERED that Indictment No. 92-608-19 as it relates to Defendant O. Linda Wilson is DISMISSED with prejudice.

BY THE COURT:

/s/ Juan R. Sánchez
Juan R. Sánchez, J.